THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KUIANTE DEVON HOWARD,<br><br>  Plaintiff,<br><br>v.<br><br>DEPUTY TRAWALLY et al.,<br><br>  Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:25-CV-949 TS<br><br>District Judge Ted Stewart |

Plaintiff, Kuiante Devon Howard, filed a civil-rights complaint, under 42 U.S.C.S. § 1983 (2025). (ECF No. 1 (Oct. 24, 2025).) Based on Plaintiff's successful motion to proceed without prepaying the court filing fee, Plaintiff was required in an October 29, 2025 Order to pay an initial partial filing fee (IPFF) of $14.60. (ECF Nos. 2-5.) When Plaintiff failed to pay the IPFF, on December 5, 2024, the Court issued an order for Plaintiff to show cause within thirty days why this action should not be dismissed. (ECF No. 5.) Another month later, Plaintiff has neither paid the IPFF, nor responded to the Order to Show Cause. (*Id.*) Indeed, the Court has not heard from Plaintiff since October 24, 2025, when Plaintiff filed his Complaint.[1] (ECF No. 1.)

---

[1] Plaintiff's Financial Certificate, received October 29, 2025, was sent by Salt Lake County Jail's inmate accounting office. (ECF No. 4.)

For Plaintiff's failure to follow the Court's orders and prosecute this case, IT IS ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

DATED this 12th day of January, 2026.

BY THE COURT:

_____
TED STEWART
United States District Judge